UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>          Plaintiff,<br><br>    v.<br><br>ELENA RAPOPORT,<br><br>          Defendant. | No. 2:16-cv-0273 TLN CKD P<br><br><br><br>ORDER |

      Plaintiff, a state prisoner, has filed a document labeled "Complaint" consisting of a cover page and four exhibits. (ECF No. 1.) It appears that additional pages of pleading may have been inadvertently left out. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure. See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders regarding plaintiff's pending motions to proceed in forma pauperis[1] and appoint counsel until an action has been properly commenced. Rather, the court will direct the Clerk of Court to send plaintiff the form for commencing a civil rights action in this district, and plaintiff may submit the completed form along with any additional pages of pleadings and exhibits.

////

---

[1] Plaintiff's motion to proceed in forma pauperis is complete and need not be re-filed. (ECF No. 2.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The purported complaint is dismissed with leave to amend;

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

Dated: March 25, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / owen0273.nocompl