UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>               Plaintiff,<br><br>       v.<br><br>ELENA RAPOPORT, et al.,<br><br>               Defendants. | No.  2:16-cv-00273 TLN CKD P<br><br><br>ORDER  &<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  On August 15, 2016, the undersigned issued a screening order detailing the alleged events that are the subject of this action and concluding that plaintiff stated federal claims against defendants Rapoport and Virga.  (ECF No. 13.)  However, plaintiff was granted leave to amend in order to cure certain deficiencies in the complaint.  (Id.)

Before the court for screening is plaintiff's second amended complaint ("SAC").  (ECF No. 18.)  The SAC states cognizable claims under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). Specifically, plaintiff states a cognizable claim under the Fourth Amendment Due Process Clause against Rapoport for causing plaintiff to be subject to involuntary medication between September 24, 2012 and November 28, 2012, absent the conditions necessary for such treatment.  (See ECF No. 13 at 4-5.)  Plaintiff also states a claim against Virga for a retaliatory prison transfer in violation of the First Amendment.  (See ECF No. 13 at 5.)

1

As to defendant Swartz, who reviewed plaintiff's administrative grievance on the medication issue, plaintiff asserts this defendant falsified records in order to cover for Rapoport. (SAC, ¶¶ 75-78.)  While the court must assume that plaintiff's factual allegations are true, it is not required to accept as true allegations that contradict exhibits attached to the complaint or allegations that are merely conclusory, unwarranted deductions of fact, or unreasonable inferences.  Daniels–Hall v. National Educ. Ass'n, 629 F.3d 992, 998 (9th Cir. 2010).  As plaintiff's conclusory allegations that Swartz falsified records do not state a federal claim, the undersigned will recommend that this defendant be dismissed with prejudice.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:  Rapoport and Virga.

2. The Clerk of the Court shall send plaintiff two  USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed November 10, 2016.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Three copies of the endorsed amended complaint filed November 10, 2016.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that defendant Swartz be dismissed from this action with prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / owen0273.1amd.new

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THEON OWENS, | No. 2:16-cv-0273 TLN CKD P |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| ELENA RAPOPORT, et al., | |
| Defendants. | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_\_\_              completed summons form

    \_\_\_\_              completed USM-285 forms

    \_\_\_\_              copies of the _____

                                 Complaint

DATED:

                                                   _____

                                                   Plaintiff