UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS, | No. 2:16-cv-00273 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| ELENA RAPOPORT, et al., | |
| Defendants. | |

This pro se prisoner action proceeds on the Second Amended Complaint ("SAC") filed November 10, 2016. (ECF No. 18.) Before the court is plaintiff's motion to correct the SAC. (ECF No. 25.) While the SAC describes certain events as happening in 2015 and 2016, plaintiff states that they actually occurred in 2012.[1] (Id.) In an effort to minimize confusion, he seeks to add to the SAC several pages of pleading that include the correct dates, in place of those pages that include the incorrect dates. (Id.)

Rule 15(d) of the Federal Rules of Civil Procedure allows for supplemental pleading with leave of court. However, such pleading is intended to add events or transactions that happened after the original pleading was filed. This is not the case here: Plaintiff merely seeks to correct a handful of erroneous dates in the pleading. Most of the dates in the SAC are correctly listed as

---

[1] Specifically, plaintiff states that ¶ 30, ¶45, ¶ 50, and ¶ 61 incorrectly list dates in 2016 or 2015, instead of 2012. (Id. at 1.)

1

2012, and record documents will clarify the dates of alleged events.  In reviewing the docket, defendants will learn that plaintiff, a pro se litigant, acknowledges a handful of inadvertent minor errors in the SAC.  Nothing further should be necessary, and adding new pages to the SAC may create more confusion than it solves.

        Accordingly, plaintiff's motion for correction (ECF No. 25) is denied.

Dated:  March 2, 2017

    /s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / owen0273.supp