UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELENA RAPOPORT, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0273 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file and serve a response to defendants' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 34) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to defendants' motion to dismiss. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: June 6, 2017

　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/owen0273.36(1)